## MILLSBOROUGH FURNACE COMPANY v. FINCH.

Court of Common Pleas.  Sussex.  April, 1818.

*Clayton's Notebook, 57.*

PER CURIAM.  The plaintiffs allege a breach, but they do not show anything from which the Court can judge of the extent of the injury arising from that breach.  The affidavit ought to lay the whole case before the Court.

Rule made absolute.

## STATE v. RIGGIN.

Court of Common Pleas.  Sussex.  April, 1818.

*Clayton's Notebook, 57.*

PER CURIAM.  The manumission is *prima facie* evidence of ownership in Vinson, so if Vinson was not master of the slave, it lies upon the prisoner to show it.